Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44171.**—Protest 933660–G of Edward E. Ziskind (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44172.**—Petitions 6029–R, etc., of Fujimoto Trading Co. (Hilo and Honolulu).

Opinion by BROWN, J. The petitions were dismissed.

BEFORE THE FIRST DIVISION, AUGUST 6, 1940

**No. 44173.**—Protest 936825–G of Lenci Import Ltd. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44174.**—Protests 888699–G, etc., of Eurasia Import Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44175.**—Protest 847569–G of Edward E. Ziskind (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44176.**—Protests 841749–G, etc., of Morris Shoenthal, Inc., et al. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44177.**—Protests 832433–G, etc., of Armand Schwab & Co., Inc., et al. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44178.**—Protests 808140–G, etc., of Armand Schwab & Co., Inc. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44179.**—Protests 743905–G, etc., of Louis Marbe Cohn et al. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44180.**—Protests 732623–G, etc., of Bronston Green & Co. et al. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44181.**—Protests 629820–G, etc., of Inter Ocean Millinery Corporation (New York).

Opinion by Brown, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the merchandise in question was held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.